CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 3 1 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:17CV 6 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| WISE COUNTY DEPT. OF SOCIAL, | ) By: James P. Jones |
| SERVICES AND NORTON CITY | ) United States District Judge |
| DEPT. OF SOCIAL SERVICES, | ) |
| | ) |
| Defendant. | ) |

It appearing proper, Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs is GRANTED and the Clerk shall file the Complaint.

It is so **ORDERED**.

ENTER: March 31, 2017

/s/ James P. Jones
United States District Judge