## Certificate of Service

I, Melinda Scott, do hereby state under Oath that I have mailed a copy of my Complaint in case number _____2:17CV6___ to Norton City Department of Social Services c/o William Mays, Mayor, 618 Virginia Avenue NW, Norton, Virginia 24273 and Wise County Department of Social Service, c/o Charles Slemp, 206 E Main St, Room 123, Wise, Virginia 24293 pursuant to Virginia Code §8.01-300 (Federal Rule 4(j2)) on this 6th day of April 2017.

Respectfully,

Melinda Scott