AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| Melinda Scott | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:17CV6 |
| Wise County Department of Social Services<br>Norton City Department of Social Services | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Norton City Department of Social Services
c/o William Mays, Mayor (Virginia Code 8.01-300)
618 Virginia Avenue NW, Norton, Virginia 24273

Wise County Department of Social Services
c/o Charles Slemp (Virginia Code 8.01-300)
206 E Main St., Room 123, Wise Virginia 24293

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Melinda Scott
PO BOX 1133-2014PMB87
Richmond, Virginia 23218
(Virginia ACP Address)
(Virginia Code 2.2-515.2)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/11/2017

*Signature of Clerk or Deputy Clerk*