AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)



CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
APR 20 2017
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Civil Action No. 2:17CV6

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Norton City Department of Social Services
was received by me on *(date)* 4/14/17.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* William Mays, Mayor , who is
designated by law to accept service of process on behalf of *(name of organization)* Norton City
Department of Social Services on *(date)* 4/17/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ 7.00 for travel and $ 13.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: 4/17/17

*Server's signature*

MELINDA L. SCOTT
*Printed name and title*

PO BOX 1133-2014PMB87 Richmond, VA 23218
*Server's address*

Additional information regarding attempted service, etc: