Case 2:17-cv-00006-JPJ-PMS  Document 8  Filed 04/20/17  Page 1 of 1 Pageid#: 22

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 20 2017

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
    DEPUTY CLERK

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 2:17CV6

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Wise County Department of Social Services__
was received by me on *(date)* __4/14/17__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Charles Slemp__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Wise County Department of Social Services__ on *(date)* __4/17/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ __10.00__ for travel and $ __7.25__ for services, for a total of $ __18.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/17/17__

_____/s/ M. L. Scott_____
Server's signature

__MELINDA  L.  SCOTT__
Printed name and title

__PO BOX 1133-2014PMB87  Richmond, VA 23218__
Server's address

Additional information regarding attempted service, etc: