```
                                          CLERK'S OFFICE U.S. DIST. COURT
                                                AT ABINGDON, VA
                                                      FILED

                                                  APR 2 0 2017

                                            JULIA C. DUDLEY, CLERK
                                            BY: /s/
                                                DEPUTY CLERK
```

Clerk of the Western District Court of Virginia
180 W Main Street
Room 104
Abingdon, Virginia 24210

RE: Summons in a Civil Action
    Summons for Case Number 2:17CV10011
    Summons for Case Number 2:17CV6

To the Clerk of the Western District Court of Virginia:

    I incorrectly served the Summons on the Defendants in the above named cases. I am correcting my service of process as stated below. Please disregard my prior proof of service (page 2 of Summons) that I mailed before.

    Pursuant to Federal Rules of Civil Procedure Rule 4(C)(3), I am requesting that the Court Order service of the Summons and Complaint to be made by a United States marshal or deputy marshal or by a person specially appointed by the Court. I have been granted to proceed *in forma pauperis* and therefore qualify to request this.

    Please find enclosed three (3) new Summons. The Case numbers are 2:17CV10011 and 2:17CV6. Please place your signature and seal on these Summons and serve them with the appropriate Complaint on the Defendants that are named on the Summons.

    Also, please note that I participate in Virginia's ACP program (Virginia Code 2.2-515.2). Please CONCEAL the above address from anything that you publish publicly on pacer.gov or otherwise. I have an active Protective Order against a Stalker.

Thank you,

Melinda Scott