IN THE WESTERN DISTRICT COURT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY - 4 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| **Melinda Scott** ) | |
| **Plaintiff** ) | |
| V ) | CL NO 2:2017-cv-00006 |
| **Norton Department** ) | |
| **of Social Services** ) | |
| **Wise County Department** ) | |
| **of Social Services** ) | |
| **Defendants** ) | |

## Motion to Order Service

**COMES NOW** the Plaintiff, who has been granted leave to proceed *in forma pauperis,* and requests pursuant to Federal Rule 4(C)(3) that this Honorable Court Order Service of Process on the Defendants a Summons and Complaint in the above named case through a United States marshal or deputy marshal or by a person specially appointed by the Court.

I ASK FOR THIS

*/s/ Melinda Scott*

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342