IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MELINDA SCOTT, ) | |
|     Plaintiff ) | |
| ) | **ORDER** |
| v. ) | Civil Action No. 2:17cv00006 |
| ) | |
| WISE COUNTY DEPT. OF SOCIAL ) | |
| SERVICES, et al., ) | |
|     Defendants ) | |

This matter is before the court on the Motion To Quash Service, (Docket Item No. 13) ("Motion"), filed by the defendant Wise County Department of Social Services. As the Motion states, the return of service filed with the court, (Docket Item No. 8), shows that the plaintiff, herself, served this defendant. Therefore, pursuant to Federal Rules of Civil Procedure Rule 4(c)(2), this service is not effective. The court notes that, prior to the filing of the Motion, the Clerk's Office, at the pro se plaintiff's request, had reissued the Summons in this case, and the court had ordered that the Summons and Complaint be served on this defendant by the U.S. Marshals Service. (Docket Item No. 12.)

The Clerk is directed to send a certified copy of this Order to all counsel of record and unrepresented parties.

Dated: May 9, 2017.

                                              s/ *Pamela Meade Sargent*
                                        UNITED STATES MAGISTRATE JUDGE