IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| MELINDA SCOTT, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-6 |
| | ) | |
| WISE COUNTY DEPT. of | ) | |
| SOCIAL SERVICES | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NORTON CITY DEPT. of | ) | |
| SOCIAL SERVICES | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT WISE COUNTY DEPARTMENT OF SOCIAL SERVICES' MOTION TO DISMISS

Defendant Wise County Department of Social Services, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the Plaintiff's Complaint against it with prejudice on the grounds that the Complaint fails to state a claim for which relief may be granted for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES

/s/
Christopher S. Dadak (VSB # 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:    540-389-2350
Email: christopherd@guynnwaddell.com
*Counsel for Wise Co. Dept. of Social Services*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document the Plaintiff appearing *pro se*:

>Melinda Scott
>2014PMB87
>PO Box 1133
>Richmond, Virginia 23218

/s/
Christopher S. Dadak (VSB # 83789)
GUYNN & WADDELL, P.C.
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax:     540-389-2350
Email: christopherd@guynnwaddell.com
*Counsel for Wise Co. Dept. of Social Services*