# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPT. OF SOCIAL SERVICES, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

The defendant Norton City Dept. of Social Services filed a Motion to Quash Service on May 16, 2017, and the defendant Wise County Dept. of Social Services filed a Motion to Dismiss on June 20, 2017. The plaintiff must file a response to these motions within 14 days of the receipt of a copy of this Order. If she fails to file a timely response, the court may grant the motions without further notice. It will be presumed that the plaintiff received a copy of this Order within 3 days of its mailing, unless she can show to the contrary.

It is so **ORDERED**.

ENTER: June 20, 2017

*/s/ James P. Jones*

_____
United States District Judge