IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| MELINDA SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17CV6 |
| ) | |
| WISE COUNTY DEPARTMENT OF ) | |
| SOCIAL SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS

Defendant City of Norton Department of Social Services hereby moves the Court to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure upon the grounds and for the reasons stated in the accompanying memorandum in support of motion to dismiss.

CITY OF NORTON DEPARTMENT
OF SOCIAL SERVICES

By Counsel

Jeremy O'Quinn
THE O'QUINN LAW OFFICE PLLC
P.O. Box 830
Norton, Virginia 24273
Telephone: 276/679-2111
Facisimile: 276/679-2112
theoquinnlawoffice@gmail.com

Abingdon: 1013644-1

2

W. Bradford Stallard
VSB No. 28149
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/623-1730
bstallard@pennstuart.com

By /s/ W. Bradford Stallard
    W. Bradford Stallard

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Melinda Scott, P.O. Box 1133-2014PMB87, Richmond, VA 23218, pro se plaintiff.

                                        /s/ W. Bradford Stallard
                                        W. Bradford Stallard