# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **MELINDA SCOTT,** | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:17CV00006<br>) |
| v. | ) **ORDER**<br>)<br>) |
| **WISE COUNTY DEPT. OF SOCIAL SERVICES, ET AL.,** | ) By: James P. Jones<br>) United States District Judge<br>) |
| Defendants. | ) |

The defendant Norton City Dept. of Social Services filed a Motion to Dismiss on June 26, 2017. The plaintiff must file a response to this motion within 14 days of the receipt of a copy of this Order. If she fails to file a timely response, the court may grant the motion without further notice. It will be presumed that the plaintiff received a copy of this Order within 3 days of its mailing, unless she can show to the contrary.

It is so **ORDERED**.

ENTER: June 26, 2017

*/s/ James P. Jones*

_____
United States District Judge