**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
U.S. MARSHALS SERVICE
ROANOKE, VA
2017 MAY 15 A 8:39

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MELINDA SCOTT | 2:17CV6 |
| DEFENDANT | TYPE OF PROCESS |
| WISE CO DEPT OF SOCIAL SERVICES ET AL. | SUMMONS/COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NORTON CITY DEPARTMENT OF SOCIAL SERVICES C/O WILLIAM MAYS (MAYOR)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
618 VIRGINIA AVENUE, N.W., NORTON, VA 24273

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MELINDA SCOTT
2014PMB87
P O BOX 1133
RICHMOND, VA 23218

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 26 2017
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

SEE ATTACHED ORDER

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
Ella Surber, Dep. Clerk
TELEPHONE NUMBER: 276-628-5116
DATE: 5/9/17

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 084
District to Serve No. 084
Signature of Authorized USMS Deputy or Clerk
Date: 5/16/17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 6/21/17
Time: 8:46 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy
3882

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | $8.00 | $73.00 | | $0.00 |

REMARKS: Mailed 5/12/17 Assigned to PBG 5/26/17
RTS No Mail Receptal 5/25/17
6/21/17 - Conf. Director Ring Rec. via Email

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/15/80
Automated 01/00

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 2:17CV6

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Norton City Depart. of Social Services
was received by me on *(date)*   06/19/2017

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Director Sara Ring , who is
designated by law to accept service of process on behalf of *(name of organization)*  Norton City DSS
via government email; sara.ring@dss.virginia.gov   on *(date)*  06/20/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  06/21/2017

*Server's signature*

Jim Satterwhite, Deputy US Marshal
*Printed name and title*

180 W. Main St., Abingdon, VA 24210
*Server's address*

Additional information regarding attempted service, etc:

On 06/20/2017, the noted civil summons was sent to Director Sara Ring, Norton City Department of Social Services, via government email. Director Ring, as requested, replied on 06/21/2017, via email response advising she's received the civil summons. A copy of the receipt/ read notification, as well as Director Ring's resonse will be attached to the executed process.