**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
U.S. MARSHAL'S SERVICE
ROANOKE, VA
2017 MAY 15 A 8:39

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MELINDA SCOTT | 2:17CV6 |
| DEFENDANT | TYPE OF PROCESS |
| WISE CO DEPT OF SOCIAL SERVICES ET AL. | SUMMONS/COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
WISE COUNTY DEPARTMENT OF SOCIAL SERVICES C/O CHARLES SLEMP
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
206 E. MAIN ST., ROOM 123, WISE, VA 24293

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

MELINDA SCOTT
2014PMB87
P O BOX 1133
RICHMOND, VA 23218

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SEE ATTACHED ORDER

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 26 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Signature of Attorney other Originator requesting service on behalf of:
Ella Surber, Dep Clerk
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 276 628 5116
DATE: 5/9/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM-285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 084 | No. 084 | /s/ | 5/16/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6/20/17  Time: 7:14 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: 420 3882

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | $8.00 | $73.00 | | $0.00 |

REMARKS: Mailed 5/17/18; 5/19/17 undeliverable as addressed; 6/6/17 in transit to sender 6/14/17 Package still not returned by USPS
6/20/17 Accepted via Gov. Email / Receipt attached

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 2:17CV6

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wise County Depart. of Social Services c/o Charles Slemp was received by me on *(date)* 06/19/2017 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Director Jennifer Lilly , who is designated by law to accept service of process on behalf of *(name of organization)* Wise County DSS via government email; jennifer.lilly@dss.virginia.gov on *(date)* 06/19/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/20/2017

Server's signature

Jim Satterwhite, Deputy US Marshal
*Printed name and title*

180 W. Main St., Abingdon, VA 24210
*Server's address*

Additional information regarding attempted service, etc:

On 06/19/2017, contact was made with the Wise County Department of Social Services via telephone (276-328-8056). Specifically, I spoke with Robin (LNU), receptionist for DSS. She advised that Director Jennifer Lilly should be served on behalf of the Wise Co. DSS but she was currently out of the office. It was agreed that the process would be emailed to Director Lilly's government address, which I placed a receipt and read notification. A copy of the email and notifications will be attached to the executed process. On 6/20/17, Director Lilly confirmed receipt and provided the email address for Director Sara Ring, Norton City DSS.