IN THE WESTERN DISTRICT COURT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Melinda Scott,         )
                       )
Plaintiff,             )
                       )
v.                     )
                       )         CL NO 2:17-cv-00006
Norton City Department )
of Social Services,    )
                       )
Defendant.             )

## Motion to Strike Defendant's Motion to Quash

**COMES NOW** the Plaintiff, pursuant to Federal Rule 12 and petitions this Honorable Court to deny the Defendant Norton City Department of Social Service's Motion to Quash on the grounds that it was not filed within twenty-one (21) days of service. Federal Rule 12 requires defenses, objections, motions and responsive pleadings to be filed within twenty-one (21) days of service. Norton City Department of Social Services was served on April 14, 2017. Counsel for Norton City Department of Social Services did not respond until May 16, 2017. Further, the defendant did not sign a waiver of service and therefore does not qualify under Rule 12(A)(ii) for an extension of time. Consequently, Norton City Department of Social Services waived their right to Motion to Quash service.

I ASK FOR THIS

/s/ Melinda Scott
Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342
mscottw@gmu.edu

## Certificate of Service

I, Melinda Scott, Plaintiff in the above named case do hereby certify under Oath that I have mailed a copy of this Motion to Strike to Counsel for the Defendant, Jeremy O'Quinn, The O'Quin Law Office PLLC, PO BOX 830, Norton, Virginia 24273 and W. Bradford Stallar, Penn, Stuart & eskridge, PO BOX 2288, Abingdon, Virginia 24212 on this 26th day of June, 2017.

Respectfully,

Melinda Scott, *pro-se*
PO BOX 1133-2014PMB87
Richmond, Virginia
540.692.2342
mscottw@gmu.edu