# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WISE COUNTY DEPT. OF SOCIAL SERVICES, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

The pro se plaintiff has filed a Motion to Strike Defendant City of Norton Department of Social Services' Motion to Quash Service. The Motion to Quash Service is moot because the plaintiff has now obtained proper service on said defendant. Accordingly, the Motion to Quash Service (ECF No. 16) is DENIED as moot and Plaintiff's Motion to Strike Defendant's Motion to Quash (ECF No. 25) is DENIED as moot.

It is so **ORDERED**.

ENTER: June 29, 2017

*/s/ James P. Jones*

_____
United States District Judge