# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **MELINDA SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17CV00006 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **WISE COUNTY DEPT. OF** | ) | By: James P. Jones |
| **SOCIAL SERVICES, ET AL.,** | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Opinion, it is hereby **ORDERED** that the defendants' motions to dismiss (ECF Nos. 17 and 20) are GRANTED with prejudice.

The clerk is directed to close the case.

ENTER:  August 11, 2017

/s/  James P. Jones
United States District Judge